UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Tara Kamp**, ) | |
| ) | Case No. 1:08-cv-766 |
| Plaintiff, ) | |
| ) | Hon. Paul L. Maloney |
| v. ) | |
| ) | |
| **NCO Financial Systems**, **Inc.,** ) | |
| a Pennsylvania corporation, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**Notice of Settlement**

The parties have agreed to settle this lawsuit with prejudice and will file a Stipulation to Dismiss no later than November 20, 2008.

Dated: November 12, 2008          /s/ Phillip C. Rogers
                                  Phillip C. Rogers (P34356)
                                  Attorney for Plaintiff
                                  40 Pearl Street, N.W., Suite 336
                                  Grand Rapids, Michigan 49503-3026
                                  (616) 776-1176
                                  ConsumerLawyer@aol.com