UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARA KAMP,

        Plaintiff,                            HONORABLE PAUL L. MALONEY

v.                                          Case No. 1:08-cv-766

NCO FINANCIAL SYSTEMS, INC.,

        Defendant.
_____/

## ORDER REGARDING CLOSING DOCUMENTS

The Court having been informed by Notice of Settlement filed November 12, 2008 (Dkt. #12) of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers shall be filed with the Court by **November 20, 2008**.


DATED:  November 13, 2008                  /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     Chief United States District Judge