UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Tara Kamp**, | ) |
| | ) Case No. 1:08-cv-766 |
| Plaintiff, | ) |
| | ) Hon. Paul L. Maloney |
| v. | ) |
| | ) |
| **NCO Financial Systems**, **Inc.,** | ) |
| a Pennsylvania corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**Stipulation of Dismissal**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Tara Kamp, through her attorney of record, and defendant NCO Financial Systems, Inc., through its attorneys of record, being all of the parties who have appeared in this action, stipulate to its immediate dismissal with prejudice.

Dated: November 21, 2008         /s/ Phillip C. Rogers
                                  Phillip C. Rogers (P34356)
                                  Attorney for Plaintiff
                                  40 Pearl Street, N.W., Suite 336
                                  Grand Rapids, Michigan 49503-3026
                                  (616) 776-1176
                                  Consumerlawyer@aol.com


Dated: November 21, 2008         /s/ Deborah A. Lujan
                                  Deborah A. Lujan (P46990)
                                  Collins, Einhorn, Farrell & Ulanoff
                                  Attorneys for Defendant
                                  4000 Town Center, Suite 909
                                  Southfield, Michigan 48075
                                  (248) 355-4141
                                  deborah.lujan@ceflawyers.com